USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES POLO ASSOCIATION, INC.,

Plaintiff,

-against-

RIVERS WORLD LLC,

Defendant.

1:23-cv-10818 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On September 15, 2026, the Parties represented that they "are in active settlement discussions and believe the case will settle shortly." [ECF No. 63] at 2. IT IS HEREBY ORDERED that on or before November 30, 2026, the Parties shall file a joint status report not to exceed three pages on the status of the settlement discussions and to advise the Court on what they view as the appropriate next steps in the case.

**SO ORDERED.**

**Date: November 16, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**